18cr304  United States of America v. Samuel Crish

Redacted Restitution List of Victims

Page 1 of 2

| Name | Owed |
|---|---|
| B.B. | $8,900.00 |
| M.B. | $40,000.00 |
| J.C.B. | $1,000 |
| J.R.B. | $21,321.00 |
| D.C. | $3,800.00 |
| W.C. | $10,000.00 |
| A.W.D. | $32,000.00 |
| P.F. | $32,800.00 |
| S.F. | $2,500.00 |
| D.F. | $26,000.00 |
| D. He. | $17,600.00 |
| D. Hi. | $29,500.00 |
| D.J. | $3,900.00 |
| J.J. | $12,100.00 |
| M.K. | $1,500.00 |
| D.K.L. | $5,000.00 |
| D.L. | $20,000.00 |
| M.M. | $15,000.00 |
| H.R.M. | $102,000.00 |
| L.M. | $21,000.00 |
| W.B.M. | $5,000.00 |
| D.H.M. | $35,000.00 |
| L.M. | $25,000.00 |
| P.M. | $7,000.00 |
| S.M.P. | $20,000.00 |
| J.R. | $2,800.00 |

18cr304  United States of America v. Samuel Crish

Redacted Restitution List of Victims

Page 2 of 2

| | |
|---|---|
| G.R. | $23,500.00 |
| R.R. | $5,000.00 |
| G.S. | $12,000.00 |
| M.C.S. | $45,000.00 |
| N.S. | $5,000.00 |
| J.S. | $10,000.00 |
| T.S. | $2,000.00 |
| S.V. | $2,000.00 |
| J.W. | $1,000.00 |

**Totals $606,221.00**