TRULINCS 65708060 - CRISH, SAMUEL A - Unit: MLL-C-C

--------------------------------------------------------------------------------

FROM: 65708060
TO:
SUBJECT:
DATE: 09/04/2025 06:55:18 AM

\*

United States District Court
Northern District of Ohio

United States of America
    Plaintiff
   vs.
Samuel A Crish
    Defendant
Case # 3:18 CR 304

FILED
SEP 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Motion to Strike or In the alternative, to disregard Victim Statement:

Defendant Samuel A. Crish through this Pro-Se filing, Respectfully moves the court to strike, or in the Alternative to disregard, the victim witness letter submitted by the Government in opposition to his motion for Compassionate Release under 18 U.S.C. 3582 (c) (1) (A)

1. Legal Standard

  Compassionate Release is not a resentencing proceeding. See United States v Williams, 987 F. 3d 700, 703 (7th Cir 2021) ("Section 3582 (c) (1) (a) Authorizes a reduction in sentence, not a "Plenary Resenting") The court must determine whether Extraordinary and Compelling reasons warrant a reduction, and the consider the 18 U.S.C. 3553 (a) factors as applied to the record of conviction.

  Evidence that was never charged, litigated, or proven at trial is not part of the record. Courts have rejected attempts to rely on unsupported allegations or character attacks when deciding Compassionate Release. See United States v Ebbers 432 F. Supp. 3d 421, 430 (S.D.N.Y 2020) (Limiting review to the offense of conviction and the defendant circumstances "Not" uncharged allegations

2. Argument:

  The letter in question contains numerous allegations, including that the defendant "Scammed" known offenders, manipulated the ACSO Drug Unit. Exchanged money for internal promotions, and corrupted disciplinary decisions that were never charged, nor proven, and never part of the judgement of conviction.

This claims ae irrelevant to the present inquiry. They also pose unfair prejudice under Federal. R Evidence 403 by introducing inflammatory accusations that risk misleading the court and distracting from statutory standard.

3. Relief Requested:

  For these reasons, Defendant respectfully request the Court:

  1. Strike the victim witness letter from the record.

TRULINCS 65708060 - CRISH, SAMUEL A - Unit: MLL-C-C

---

2. In alternative, expressly state that the court will disregard the unsupportive allegations contained in the letter when ruling on defendant Compassionate Release motion.

Respectfully submitted and sworn pursuant to 28 USC 1746, This 4th day of September 2025 and placed in the prison mailbox via USPS prepaid first class mail addressed to: Clerk USDC, US courthouse, 1716 Spielbush Ave. Toledo, Oh 43604

Respectfully Submitted

*[signature]*
Samuel A Crish
Pro Se Defendant